ANDREA E. BATES, ESQ. SBN 192491
Abates@Bates-Bates.com
BATES & BATES, LLC
1890 Marietta Blvd
Atlanta, Georgia 30318
Phone  (404) 228-7439
Fax      (404) 963-6231

Attorneys for
Plaintiff GIBSON BRANDS, INC.

FILED
CLERK, U.S. DISTRICT COURT

JAN 2 7 2014

CENTRAL DISTRICT OF CALIFORNIA
BY                               DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

GIBSON BRANDS, INC., a Delaware
corporation,

　　　　　　　　Plaintiff,

vs.

JOHN HORNBY SKEWES & CO. LTD.,
a United Kingdom corporation and DOES
1 through 10,

　　　　　　　　Defendants.

Case No. CV14-00609-DDP (SSx)

COMPLAINT FOR:
(1) Trademark Infringement;
(2) Trademark Counterfeiting;
(3) False Designation of Origin and Unfair
Competition Under the United States
Trademark Act;
(4) False Description of Fact and
Representations and False Advertising
Under the United States Trademark Act;
(5) Trademark Dilution Under the United
States Trademark Act;
(6) Trade Dress Infringement Under
Federal Law; (7) Trademark Dilution
Under California State Law;
(8) Common Law Trademark
Infringement; (9) Unfair Competition;
Infringement; and
(10) Accounting

JURY TRIAL DEMANDED

RECEIVED
CLERK, U.S. DISTRICT COURT

JAN 2 4 2014

CENTRAL DISTRICT OF CALIFORNIA
BY                               DEPUTY

**COMPLAINT**

1.     Plaintiff Gibson Brands, Inc. ("Gibson") for its Complaint against Defendant John Hornby Skewes & Co. Ltd. (hereinafter referred to as "JHS") alleges as follows:

## Nature of Action

2.     This is an action for trademark infringement, trade dress infringement, trademark counterfeiting, unfair competition, trademark dilution, and other related causes of action under federal, state and common law arising from Defendant JHS' unauthorized use of the SG Body Shape Design® Trademark, Explorer Body Shape Design® Trademark, ES Body Shape Design® Trademark, Flying V Body Shape Design® Trademark, Flying V Peghead Design® Trademark and the Kramer Peghead Design® Trademark in the United States.

## The Parties

3.     Gibson is a Delaware Corporation with a principal place of business at 309 Plus Park Boulevard, Nashville, Tennessee 37217. Furthermore, Gibson is registered with the Secretary of State of California and has an office in California.

4.     Upon information and belief, Defendant JHS is a United Kingdom Corporation with a principal place of business at Salem House, Parkinson Approach, Garforth, Leeds LS25 2HR, United Kingdom.

5.     Upon information and belief, Defendant JHS is engaged in the promotion and sale of various products containing Gibson's SG Body Shape Design® Trademark, Explorer Body Shape Design® Trademark, ES Body Shape Design® Trademark, Flying V Body Shape Design® Trademark, Flying V Peghead Design® Trademark and the Kramer Peghead Design® Trademark in the United States, including in this District, through LPD Music International Corporation, a US-based wholesale distributor of guitars, and through its website www.lpdmusic.com, Aamp's Electric Guitar store located in California at www.aampselectricguitarstore.com, Sundae Times located in California at stores.ebay.com/sundae-times, Megatone Music located in Georgia at stores.ebay.com/megatone-music, Uncle Sam's Jamms located in Kentucky at http://vintageguitarsusa.com/vintageelectric.htm, as well as Jacks Music store in Michigan at www.jacksmusicstore.com.

6.      Furthermore, upon information and belief, on January 23-27, 2014, representatives from JHS will be attending The National Association of Music Merchants ("NAMM") located in this district at Anaheim Convention Center, 800 West Katella Avenue, Anaheim, CA 92802, wherein, upon information and belief, JHS will advertise and offer for sale its infringing guitar products bearing JHS' unauthorized use of the SG Body Shape Design® Trademark, Explorer Body Shape Design® Trademark, ES Body Shape Design® Trademark, Flying V Body Shape Design® Trademark, Flying V Peghead Design® Trademark and the Kramer Peghead Design® Trademark.

7.      The true names and capacities of Defendants DOES 1 through 10 are unknown to Plaintiff, who therefore sues said Defendants by such fictitious names.  Plaintiff is informed and believes and thereon alleges that each of the Defendants designated herein as a fictitiously named Defendant is, in some manner, responsible for the events and happenings herein referred to, either contractually or tortuously, and caused damage to the Plaintiff as herein alleged.  When Plaintiff ascertains the true names and capacities of DOES 1 through 10, it will ask leave of this Court to amend its Complaint by setting forth the same.

**Jurisdiction and Venue**

8.      Jurisdiction of this Court is based on 28 U.S.C. § 1331 (federal question), 28 U.S.C. § 1332 (diversity jurisdiction), 28 U.S.C. §1338(a) and (b) (Acts of Congress relating to trademarks and related actions), Sections 39 and 43(a) and (c) of the United States Trademark Act of 1946 ("Lanham Act"), as amended (15 U.S.C. §1121 and 1125(a)(c)), and 28 U.S.C. §1367 (Supplemental Jurisdiction), as well as the principles of pendent jurisdiction.

9.      This action arises out of wrongful acts including: advertising, offering for sale, selling and distributing infringing products by JHS within this judicial district. This Court has personal jurisdiction over Defendant JHS because it has purposefully availed itself of the opportunity to conduct commercial activities in this forum, and this Complaint arises out of those activities.  Also, Defendant JHS maintains continuous and systematic contacts with the forum such that the exercise of jurisdiction over it would not offend traditional notions of fair play and substantial justice.  Likewise, personal jurisdiction is proper under the California

1    Long-Arm Statute, Code Civ. Proc., § 410.10, because the exercise of jurisdiction is not

2    inconsistent with the Constitution of this state or of the United States. Venue is proper in this

3    district under 28 U.S.C. §1391(b) and (c), as Defendant is subject to personal jurisdiction in

4    this District and a substantial part of the events giving rise to these claims occurred in this

5    District.

6                    **Gibson's Use And Ownership Of Its Marks**

7         10.   Gibson is the sole owner of the distinctive design mark SG Body Shape Design®,

8    U.S. Trademark Reg. No. 2215791. This Trademark was issued by the U.S. Patent and

9    Trademark Office on January 5, 1999, and has been continuously and exclusively used in

10   commerce by Gibson since 1961. A copy of the Trademark's registration is attached hereto

11   as Exhibit A.

12        11.   Gibson is the sole owner of the distinctive design mark Explorer Body Shape

13   Design®, U.S. Trademark Reg. No. 2053805. This Trademark was issued by the U.S. Patent

14   and Trademark Office on April 27, 1997, and has been continuously and exclusively used in

15   commerce by Gibson since 1958. A copy of the Trademark's registration is attached hereto

16   as Exhibit B.

17        12.   Gibson is the sole owner of the distinctive design mark ES Body Shape

18   Design®, U.S. Trademark Reg. No. 2007277. This Trademark was issued by the U.S. Patent

19   and Trademark Office on the Supplemental Register on October 8, 1999, and has been

20   continuously and exclusively used in commerce by Gibson since 1958. A copy of the

21   Trademark's registration is attached hereto as Exhibit C.

22        13.   Gibson is the sole owner of the distinctive design mark Flying V Body Shape

23   Design®, U.S. Trademark Reg. No. 2051790. This Trademark was issued by the U.S. Patent

24   and Trademark Office on November 3, 1989, and has been continuously and exclusively used

25   in commerce by Gibson since 1958. A copy of the Trademark's registration is attached

26   hereto as Exhibit D.

27        14.   Gibson is the sole owner of the distinctive design mark Flying V Peghead

28   Design®, U.S. Trademark Reg. No. 3976202. This Trademark was issued by the U.S. Patent

and Trademark Office on the Supplemental Register on June 7, 2011, and has been continuously and exclusively used in commerce by Gibson since 1958. A copy of the Trademark's registration is attached hereto as Exhibit E.

15. Gibson is the sole owner of the distinctive design mark Kramer Peghead Design®, U.S. Trademark Reg. No. 1567052. This Trademark was issued by the U.S. Patent and Trademark Office on November 3, 1989, and has been continuously and exclusively used in commerce by Gibson since 1958. A copy of the Trademark's registration is attached hereto as Exhibit F.

16. Gibson has spent millions of dollars in the advertising and promotion of the SG Body Shape Design® Trademark, Explorer Body Shape Design® Trademark, ES Body Shape Design® Trademark, Flying V Body Shape Design® Trademark, Flying V Peghead Design® Trademark and the Kramer Peghead Design® Trademark (hereinafter collectively referred to as the "Gibson Trademarks") which have been used in conjunction with various Gibson stringed instruments.

17. As a result of the quality of Gibson's products and the extensive sales, licensing and marketing, advertising and promotion of these products under the Gibson Trademarks, the SG Body Shape Design® Trademark, Explorer Body Shape Design® Trademark, ES Body Shape Design® Trademark, Flying V Body Shape Design® Trademark, Flying V Peghead Design® Trademark and the Kramer Peghead Design® Trademark have become famous trademarks that are widely and favorably known by consumers in the United States and elsewhere as designating high quality and dependable products originating exclusively from Gibson and its related companies. The ES Body Shape Design® Trademark and the Flying V Peghead Design® Trademark are distinctive designs owned exclusively by Gibson, achieving secondary meaning for over 45 years with Gibson spending millions of dollars on promotion of the Gibson Trademarks for over 50 years. Consumers are exposed to the Gibson's ES Body Shape Design® Trademark and Flying V Peghead Design® Trademark through magazines, newspapers, television, and the Internet. As a result, Gibson's ES Body Shape Design® Trademark and Flying V Peghead Design® Trademark have become widely known

and valuable trademark, possessing a strong secondary meaning among consumers. Gibson's ES Body Shape Design® Trademark and Flying V Peghead Design® Trademark are valuable among consumer trademarks because they are constantly exposed to consumers. As a result, the Gibson's ES Body Shape Design® Trademark and Flying V Peghead Design® Trademark have come to symbolize the enormous goodwill of Gibson's business in the United States, nationwide. No other manufacturer lawfully uses the Gibson's ES Body Shape Design® Trademark and Flying V Peghead Design® Trademark or any other substantially similar marks for similar types of goods.

18.     The Gibson Trademarks have been famous in the United States, nationwide, and elsewhere since long prior to the acts complained of herein. The Gibson trademarks have been used exclusively nationwide and have been used exclusively by Gibson.

19.     The trademark registrations remain in full force and effect and are *prima facie* proof of Gibson's exclusive right to own and use the SG Body Shape Design® Trademark, Explorer Body Shape Design® Trademark, Flying V Body Shape Design® Trademark and the Kramer Peghead Design® Trademark.  In addition, the SG Body Shape Design® Trademark, Explorer Body Shape Design® Trademark, Flying V Body Shape Design® Trademark and the Kramer Peghead Design® Trademark are incontestable pursuant to Section 15 of the Lanham Act (15 U.S.C. § 1065).  Gibson has spent millions of dollars in its marketing and promotion of its products which exclusively bear Gibson Trademarks on its distinctive designs for over 50+ years.

**Misuse By JHS Of The Gibson Trademarks**

20.     Upon information and belief, Defendant JHS offers for sale, sells and distributes in the United States products using the SG Body Shape Design® Trademark, Explorer Body Shape Design® Trademark, ES Body Shape Design® Trademark, Flying V Body Shape Design® Trademark, Flying V Peghead Design® Trademark and the Kramer Peghead Design® Trademark by and through its exclusive United States distributor LPD Music International Corporation as well as its related distributors and resellers.  ("JHS Unauthorized Products"). [*See* Exhibit "G"].

21.     Upon information and belief, notwithstanding the lack of authorization from Gibson and the fact that said JHS' Unauthorized Products otherwise are not authorized to be sold utilizing the Gibson Trademarks, JHS has made repeated unauthorized use of the Trademark in connection with said products, as described below, with the intent to mislead and confuse consumers into believing that said JHS' Unauthorized Products are made directly by Gibson pursuant to Gibson's strict quality control standards or that said JHS' Unauthorized Products are otherwise authorized or licensed by Gibson and with the intent of misappropriating, for their own benefit, the tremendous goodwill built up by Gibson in the Gibson Trademarks.  [*See* Exhibit "H"].

22.     In particular, JHS has improperly used the Gibson Trademarks in their advertising and promotional materials for said JHS' Unauthorized Products as well as on the Internet at www.lpdmusic.com, www.aampselectricguitarstore.com, stores.ebay.com/sundae-times, stores.ebay.com/megatone-music, http://vintageguitarsusa.com/vintageelectric.htm, and www.jacksmusicstore.com and has thus falsely stated or otherwise implied that said JHS' Unauthorized Products are made directly by Gibson pursuant to Gibson's strict quality control standards or that their use of the Gibson Trademarks is authorized or licensed by Gibson.

23.     Plaintiff is informed and believes, and thereon alleges that, JHS is or has been directly and indirectly advertising and selling the JHS' Unauthorized Products bearing the SG Body Shape Design® Trademark, Explorer Body Shape Design® Trademark, ES Body Shape Design® Trademark, Flying V Body Shape Design® Trademark, Flying V Peghead Design® Trademark and the Kramer Peghead Design® Trademark through the US wholesale distributor of guitars LPD Music International Corporation, a Michigan corporation as well as its distributors and resellers.

24.     Plaintiff is informed and believes, and thereon alleges that, JHS has shipped the JHS' Unauthorized Products to LPD Music International Corporation in the US and that LPD has sold JHS' Unauthorized Products to consumers in the United States.  Notably, an agent for Gibson purchased two guitars from LPD and/or its authorized distributors bearing the JHS' Unauthorized Products.

25.     Upon information and belief, the aforementioned misuse of the Gibson Trademarks by JHS was done with the intent of deceiving or misleading customers into mistakenly believing that said JHS' Unauthorized Products were authorized Gibson products originating from Gibson or its related companies and otherwise misappropriating the goodwill built up by Gibson in the Gibson Trademarks and otherwise attracting and misdirecting consumers looking for genuine or authorized Gibson goods to the JHS' Unauthorized Products.

26.     Upon information and belief, JHS had constructive knowledge that JHS' Unauthorized Products were infringing the SG Body Shape Design® Trademark, Explorer Body Shape Design® Trademark, Flying V Body Shape Design® Trademark and the Kramer Peghead Design® Trademark.  The Gibson Trademarks are all registered in the United States, one for over 30 years.

27.     JHS has actual knowledge of the infringement of the Gibson Trademarks by JHS' Unauthorized Products.  Gibson contacted Counsel for JHS on July 26, 2013, via a cease and desist letter describing the infringement of JHS' Unauthorized Products.  Further, Gibson and JHS have been in ongoing discussions regarding the misuse of the Gibson Trademarks.

28.     Despite its constructive and actual knowledge of the infringement of the Gibson Trademarks by JHS' Unauthorized Products, JHS has continued to provide JHS' Unauthorized Products to distributors whom then sell JHS' Unauthorized Products to the end consumer.

29.     Prior to commencing this lawsuit, Gibson and its representatives communicated directly with JHS and their representatives in an attempt to resolve this matter without the necessity of bringing this lawsuit, but JHS has failed to cease all unauthorized use of the Gibson Trademarks as requested by Gibson and continues to deliberately and intentionally use the Gibson Trademarks without the consent of Gibson.

30.     The misuse of the Gibson Trademarks by JHS was intended to cause, has caused, and is likely to continue to cause, consumer confusion, mistake or deception

including the misleading of consumers into mistakenly believing that the JHS' Unauthorized Products are made directly by Gibson pursuant to Gibson's strict quality control standards or Gibson has authorized or licensed the use by JHS of the Trademark for those products.

31.     The aforementioned misuse of the Gibson Trademarks by JHS is damaging to the reputation and goodwill of Gibson and the Gibson Trademarks.

32.     Upon information and belief, the aforesaid acts of JHS have caused and, unless enjoined, will continue to cause irreparable damage to Gibson and to the reputation of its valuable Gibson Trademarks.

33.     Gibson has no adequate remedy at law.

## COUNT I

### Trademark Infringement Under The United States Trademark Act (15 U.S.C. 1114 (1))

34.     Gibson repeats the allegations set forth in Paragraphs 1 through 33.

35.     JHS' use of a reproduction, counterfeit, copy, or colorable imitation of the famous Gibson Trademarks, without Gibson's consent, in commerce in connection with the sale, offering for sale, distribution, or advertising of their products or services is likely to cause confusion, or to cause mistake, or to deceive the public, and thus constitutes trademark infringement pursuant to 15 U.S.C.§ 1114.

36.     The complained of acts constitute willful, deliberate and intentional infringement of Gibson's federally registered trademarks for the Gibson Trademarks in violation of §32(1) of the Lanham Act (15 U.S.C. §1114(1)).

37.     JHS' intentional and willful infringement of the Gibson Trademarks has caused, and will continue to cause, damage to Gibson and is causing irreparable harm to Gibson for which there is no adequate remedy at law.  JHS is directly liable for these actions.

## COUNT II

### Trademark Counterfeiting Under The United States Trademark Act (15 U.S.C. 1114(1))

38.     Gibson repeats the allegations set forth in Paragraphs 1 through 33.

39.     Upon information and belief, JHS intentionally used, without Gibson's consent, a counterfeit version of the Gibson Trademarks in commerce, knowing that the marks were counterfeit.  JHS used the counterfeit marks in connection with the sale, offering for sale, or distribution of their goods and services, which is likely to cause confusion, or cause mistake, or deceive the public.

40.     The complained of acts constitute trademark counterfeiting in violation of Section 32(1) of the Lanham Act (15 U.S.C. §1114(1)).

## COUNT III

### False Designation of Origin and Unfair Competition Under The United States Trademark Act (15 U.S.C. 1125(a))

41.     Gibson repeats the allegations set forth in paragraphs 1 through 33.

42.     JHS' use of the Gibson Trademarks, without Gibson's consent, in commerce to promote, market, or sell their products or services in direct competition with Gibson's products and services constitutes False Designation of Origin and Unfair Competition pursuant to 15 U.S.C. § 1125(a).  JHS' use of the Gibson Trademarks is a false designation of origin, a false or misleading description of fact, and/or a false or misleading representation of fact, which is likely to cause confusion, or cause mistake, or to deceive as to the affiliation, connection, or association of JHS with Gibson and/or as to the origin, sponsorship, or approval of JHS' productions and commercial activities with Gibson.

43.     The complained of acts constitute willful, deliberate and intentional false designations of origin as to products made available by JHS and unfair competition in violation of §43(a) of the Lanham Act (15 U.S.C. §1125(a)).

44.     JHS' wrongful activities have caused - and unless enjoined by this Court - will continue to cause irreparable injury and other damages to Gibson's business and reputation, and will continue to cause damage to the goodwill it has developed in its Gibson Trademarks. Gibson has no adequate remedy at law.

## COUNT IV

**False Descriptions of Fact and Representations**

**and False Advertising Under The United States**

**Trademark Act (15 U.S.C. 1125(a))**

45.    Gibson repeats the allegations set forth in paragraphs 1 through 33.

46.    JHS' use of the Gibson Trademarks, without Gibson's consent, in commercial advertising or promotion to promote, market, or sell their products or services in direct competition with Gibson's products and services constitutes False Description of Fact and Representation and False Adverting pursuant to 15 U.S.C. § 1125(a).  JHS' use of the Gibson Trademarks in commercial advertising or promotion misrepresents the nature, characteristics, qualities, or geographic origin of their goods, services, or activities.

47.    The complained of acts constitute willful, deliberate and intentional false and misleading descriptions of fact, and false advertising in violation of §43(a) of the Lanham Act (15 U.S.C. §1125(a)).

48.    JHS' wrongful activities have caused - and unless enjoined by this Court - will continue to cause irreparable injury and other damages to Gibson's business and reputation, and will continue to cause irreparable injury to the goodwill it has developed in its the Gibson Trademarks.  Gibson has no adequate remedy at law.

**COUNT V**

**Trademark Dilution Under The United States Trademark Act**

**(15 U.S.C. 1125(c))**

49.    Gibson repeats the allegations set forth in paragraphs 1 through 33.

50.    JHS' unauthorized use of the famous Gibson Trademarks is likely to dilute and blur the distinctive quality of these marks and to tarnish the Gibson Trademarks.

51.    The complained of acts have diluted and damaged the distinctive quality of Gibson's famous Gibson Trademarks and constitute trademark dilution of the famous marks in violation of §43(c) of the Lanham Act (15 U.S.C. §1125(c)).

52.    Upon information and belief, JHS willfully intended to trade on Gibson's reputation and/or cause dilution and tarnishment of Gibson's famous Gibson Trademarks.

## COUNT VI

### Trade Dress Infringement Under Federal Law

53.     Gibson repeats the allegations set forth in paragraphs 1 through 33.

54.     Gibson has used in interstate commerce the inherently distinctive product designs in connection with the sale and marketing of its guitars. The Gibson designs, namely: SG Body Shape Design® Trademark, Explorer Body Shape Design® Trademark, Flying V Body Shape Design® Trademark and the Kramer Peghead Design® Trademark contain inherently distinctive, nonfunctional features that are protected under the Lanham Act §43(a) (15 U.S.C. 1125(a)).  In addition, all of these design marks have acquired distinctiveness and signify Gibson as the manufacturer in the mind of the average consumer.  The ES Body Shape Design® Trademark and Flying V Peghead Design® Trademark are distinctive designs owned exclusively by Gibson, achieving secondary meaning for over 45 years with Gibson spending millions of dollars on promotion of the Gibson Trademarks for over 50 years and consumers recognizing the ES Body Shape Design® Trademark and Flying V Peghead Design® Trademark as having the quality and standards that only Gibson can provide.

55.     JHS' use of the infringing trade dress has confused and is likely to continue to cause confusion, or cause mistake, or deceive the consuming public into believing that JHS' Unauthorized Products are authorized, sponsored or approved by Gibson.

## COUNT VII

### Trademark Dilution Under

### California Business and Professions Code (Section 14330)

56.     Gibson repeats the allegations set forth in Paragraphs 1 through 33.

57.     The complained of acts are likely to cause injury to the business reputation of, or otherwise dilute, the distinctive quality of the Gibson Trademarks in violation of §14330 of the California Business and Professions Code.

## COUNT VIII

### Common Law Trademark Infringement and Unfair Competition

58.     Gibson repeats the allegations set forth in Paragraphs 1 through 33.

59.     The complained of acts constitute trademark infringement, palming off, and unfair competition in violation of the common law of the State of California.

## COUNT IX

### Unfair Competition Under

### California Business and Professions Code (Section 17200)

60.     Gibson repeats the allegations set forth in Paragraphs 1 through 33.

61.     The complained of acts constitute unlawful acts of unfair competition and unlawful, unfair and fraudulent business practices in violation of §17200, *et seq.* of the California Business and Professions Code.

## COUNT X

### Accounting

### Common Law

62.     Gibson repeats the allegations set forth in Paragraphs 1 through 33.

63.     JHS' activities, as alleged above, have violated Plaintiff's rights in the Gibson Trademarks under common law.

64.     As a direct result of the infringing activities, JHS has been unjustly enriched through fraudulent conversion of Plaintiff's goodwill and rights in its trademarks into their own profits through the sale of infringing products and has caused Plaintiff to lose sales of its genuine goods and services.

65.     As a direct result of JHS' misconduct, JHS has received substantial profits, to which Plaintiff is entitled under common law.

66.     The amount of said profits is unknown to Plaintiff and cannot be ascertained without an accounting.

## PRAYER FOR RELIEF

**WHEREFORE,** Plaintiff Gibson Brands, Inc. prays for judgment as follows:

1.     That judgment be entered in favor of Plaintiff on all causes of action set forth herein.

2.      That in accordance with Section 35 of the Lanham Act (15 U.S.C. §1117), Plaintiff be awarded monetary damages sufficient to recover: (1) Defendants' profits on JHS' Unauthorized Products; (2) all damage suffered by Plaintiff; and (3) the costs of this action and that said amount be trebled or otherwise multiplied to the extent permitted by statute.  In addition, Plaintiff reserves the right to elect statutory damages up to and including $1,000,000 per counterfeit mark pursuant to 15 U.S.C. §1117(c).

3.      That Plaintiff be awarded such other monetary damages, recovery and awards as appropriate under the law.

4.      That JHS' conduct violates the provisions of the California Business & Professions Code sections 17200-17210 and constitutes trademark infringement and unfair competition under the common law of the State of California.

5.      That JHS, its officers, directors, principals, agents, servants, affiliates, employees, attorneys, representatives, successors and assigns, and all those in privy or acting in concert or participation with JHS, and each and all of them, be preliminarily and permanently enjoined and restricted from directly or indirectly:

(a)      claiming or representing that any products and/or services sold by JHS are made directly by Gibson pursuant to Gibson's strict quality control standards or Gibson has authorized or licensed the use by JHS of the Gibson Trademarks for those products;

(b)      using, in any manner, or holding itself out as having rights to use the SG Body Shape Design® Trademark, Explorer Body Shape Design® Trademark, ES Body Shape Design® Trademark, Flying V Body Shape Design® Trademark, Flying V Peghead Design® Trademark and the Kramer Peghead Design® Trademark or any other name, mark or design confusingly similar to the Gibson Trademarks to designate, describe or refer to themselves or in conjunction with any product or service, including any use in conjunction with any Internet activities conducted by it or on its behalf such as any use as a domain name or in the text, graphics and hypertext metatags of any Internet website;

(c)      requesting or inducing Internet search engines to display links to the JHS' website or other websites displaying or promoting JHS' products or services when

potential customers using those search engines search for terms containing variations of the SG Body Shape Design® Trademark, Explorer Body Shape Design® Trademark, ES Body Shape Design® Trademark, Flying V Body Shape Design® Trademark, Flying V Peghead Design® Trademark and the Kramer Peghead Design® Trademark;

(d)     selling, offering for sale, promoting, advertising, distributing or providing or offering to provide any goods or services in conjunction with the Gibson Trademarks or any other name, mark or design confusingly similar to the Gibson Trademarks in conjunction with any product or service; and

(e)     engaging in any course of conduct likely to cause confusion, deception or mistake or injure Plaintiff's business reputation or dilute the Gibson Trademarks or appropriate the good will and reputation of said marks or lead to the passing off of JHS' products and services as Gibson products and services.

6.     That the Court issue an Order directing JHS to file with the Court and serve on Plaintiff, within thirty (30) days after the service on JHS of such injunctions, a report in writing and under oath, setting forth in detail the manner and form in which JHS has complied with the injunction.

7.     That the Court award judgment in favor of the Plaintiff in the amount of treble damages.

8.     That the Court award to Plaintiff punitive damages sufficient to deter JHS from committing such willful acts of infringement in the future.

9.     That the Court require a full and complete accounting of all monies received by JHS as a result of the infringement.

10.     That JHS be required to deliver to Plaintiff all merchandise, packaging, labels, boxes, cartons, advertising, brochures, documents, advertising and promotional materials and other things, possessed, used or distributed by Defendant, or on its behalf, which use the Gibson Trademarks or any other name, mark or design confusingly similar to the Gibson Trademarks.

11.     That Plaintiff be awarded the costs of this action and its disbursements, and reasonable attorneys' and investigatory fees incurred, and as otherwise appropriate herein, pursuant to 15 U.S.C. §1117 or other appropriate statute or law.

12.     For interest on all amounts found to be due to Plaintiff from JHS, at the prevailing rate, from the date of said amounts or any part thereof became or becomes due.

13.     That the Court require JHS to notify its commercial associates, dealers, master distributors, suppliers and customers of this Order.

14.     That Plaintiff be granted such other monetary, equitable and further relief, as this Court may deem appropriate under federal, state and common law.

15.     That the Court retain jurisdiction of this action for the purpose of enabling Plaintiff to apply to the Court, at any time, for such further orders and directions as may be necessary or appropriate for the interpretation or execution of any Order entered in this action, for the modification of any such Order, for the enforcement or compliance therewith and for the punishment of any violation thereof.

## DEMAND FOR JURY TRIAL

Gibson hereby demands a jury trial on all issues.


Respectfully submitted, this 23rd of January 2014.


                              BATES & BATES, LLC

                              ANDREA E. BATES
                              California Bar No. 192491
                              1890 Marietta Boulevard
                              Atlanta, Georgia 30318
                              (404) 228-7439
                              Attorney for PLAINTIFF
                              GIBSON BRANDS, INC.

Int. Cl.: 15

Prior U.S. Cls.: 2, 21 and 36

Reg. No. 2,215,791

**United States Patent and Trademark Office**    Registered Jan. 5, 1999

### TRADEMARK
### PRINCIPAL REGISTER



GIBSON GUITAR CORP. (DELAWARE CORPO-
  RATION)
1818 ELM HILL PIKE
NASHVILLE, TN 37210

  FOR: STRINGED INSTRUMENTS, NAMELY,
GUITARS, IN CLASS 15 (U.S. CLS. 2, 21 AND
36).

FIRST USE 12–31–1961; IN COMMERCE
12–31–1961.
  THE MARK COMPRISES A FANCIFUL
DESIGN OF A GUITAR BODY.
  SEC. 2(F).

SER. NO. 75–272,182, FILED 4–10–1997.

ANDREW BAXLEY, EXAMINING ATTORNEY



EXHIBIT
A

Int. Cl.: 15

Prior U.S. Cl.: 36

**Reg. No. 2,053,805**

## United States Patent and Trademark Office

Registered Apr. 22, 1997

### TRADEMARK
### PRINCIPAL REGISTER



GIBSON GUITAR CORP. (DELAWARE CORPO-
RATION)
1818 ELM HILL PIKE
NASHVILLE, TN 37210

FOR: STRINGED INSTRUMENTS, NAMELY
GUITARS, IN CLASS 15 (U.S. CL. 36).

FIRST USE 12–31–1958; IN COMMERCE
12–31–1958.
THE MARK COMPRISES A FANCIFUL CON-
FIGURATION OF A GUITAR BODY.

SER. NO. 74–570,078, FILED 9–6–1994.

LORI SCHULMAN, EXAMINING ATTORNEY

**EXHIBIT**

B

Int. Cl.: 15

Prior U.S. Cl.: 36

Reg. No. 2,007,277

## United States Patent and Trademark Office    Registered Oct. 8, 1996

### TRADEMARK
### SUPPLEMENTAL REGISTER



GIBSON GUITAR CORP. (DELAWARE CORPO-
RATION)
1818 ELM HILL PIKE
NASHVILLE, TN 37210

FOR: STRINGED INSTRUMENTS, NAMELY
GUITARS, IN CLASS 15 (U.S. CL. 36).
FIRST USE 12–31–1958; IN COMMERCE
12–31–1958.

THE MARK COMPRISES A FANCIFUL CON-
FIGURATION OF A GUITAR BODY.

SER. NO. 74–570,029, FILED P.R. 9–6–1994; AM.
S.R. 7–26–1996.

LORI SCHULMAN, EXAMINING ATTORNEY



EXHIBIT

Int. Cl.: 15

Prior U.S. Cl.: 36

Reg. No. 2,051,790

## United States Patent and Trademark Office

Registered Apr. 15, 1997

## TRADEMARK
### PRINCIPAL REGISTER



GIBSON GUITAR CORP. (DELAWARE CORPO-
RATION)
1818 ELM HILL PIKE
NASHVILLE, TN 37210

FOR: STRINGED INSTRUMENTS, NAMELY
GUITARS, IN CLASS 15 (U.S. CL. 36).

FIRST USE 12–31–1958; IN COMMERCE
12–31–1958.
THE MARK COMPRISES A FANCIFUL CON-
FIGURATION OF A GUITAR BODY.

SER. NO. 74–570,030, FILED 9-6-1994.

LORI SCHULMAN, EXAMINING ATTORNEY



# United States of America
## United States Patent and Trademark Office



**Reg. No. 3,976,202**

**Registered June 7, 2011**

**Int. Cl.: 15**

**TRADEMARK**

**SUPPLEMENTAL REGISTER**

GIBSON GUITAR CORP. (DELAWARE CORPORATION)
309 PLUS PARK BLVD.
NASHVILLE, TN 37217

FOR: STRINGED INSTRUMENTS, NAMELY, GUITARS AND ELECTRIC GUITARS, IN CLASS 15 (U.S. CLS. 2, 21 AND 36).

FIRST USE 12-31-1958; IN COMMERCE 12-31-1958.

THE MARK CONSISTS OF THE THREE DIMENSIONAL CONFIGURATION OF A GUITAR PEG HEAD.

SER. NO. 85-216,721, FILED 1-13-2011.

FRANK LATTUCA, EXAMINING ATTORNEY



David J. Kappos

Director of the United States Patent and Trademark Office



**EXHIBIT**

E

Int. Cl.: 15

Prior U.S. Cl.: 36

United States Patent and Trademark Office

Reg. No. 1,567,052

Registered Nov. 21, 1989

10 Year Renewal

Renewal Term Begins Nov. 21, 1999

TRADEMARK
PRINCIPAL REGISTER



GIBSON GUITAR CORP. (DELAWARE CORPORATION)
1818 ELM HILL PIKE
NASHVILLE, TN 37210

SEC. 2(F).

FOR: STRINGED INSTRUMENTS, NAMELY GUITARS AND BASSES, IN CLASS 15 (U.S. CL. 36).

FIRST USE 7-31-1958; IN COMMERCE 7-31-1958.

SER. NO. 73-755,644, FILED 10-3-1988.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Sep. 21, 1999.*

COMMISSIONER OF PATENTS AND TRADEMARKS



EXHIBIT
F

Int. Cl.: 15

Prior U.S. Cl.: 36

## United States Patent and Trademark Office

Reg. No. 1,567,052
Registered Nov. 21, 1989

### TRADEMARK
### PRINCIPAL REGISTER



GIBSON GUITAR CORP. (DELAWARE CORPO-
RATION)
641 MASSMAN DRIVE
NASHVILLE, TN 37210

FOR: STRINGED INSTRUMENTS, NAMELY
GUITARS AND BASSES, IN CLASS 15 (U.S. CL.
36).

FIRST   USE   7–31–1958;   IN   COMMERCE
7–31–1958.

SEC. 2(F).

SER. NO. 755,644, FILED 10–3–1988.

PATRICK HINES, EXAMINING ATTORNEY

# JHS Guitar Brands Back In The U.S. With LPD

By Dan Ferrisi | June 6, 2013



Tom Sonia and Nick

Worldwide independent trade distributor John Hornby Skewes & Co. Ltd. has announced its cooperation with LPD Music to distribute Fret-King and Vintage guitars in the U.S. market. Still family-run after more than half a century, LPD Music received a Milestone Award at the 2013 NAMM show in recognition of its 50 years of service in the music products industry. The award recognizes retailers and manufacturers that have succeeded over the years through best practices and strong community standing to reach a landmark anniversary.

Fret-King and Vintage now join the LPD stable of more than 100 MI and pro audio brands. U.s. guitar players will now be able to purchase Vintage ReIssued and ICON electrics, Vintage acoustics and the line of Fret-King Black Label guitars and basses. The JHS/LPD deal comes at an exciting time for Vintage electrics, with the Vintage ICON V52MRBS guitar currently making waves and being snapped up by a number of players —including superstars like Jimmy Capps—from Nashville's Grand Ole Opry show.

Dennis Drumm, JHS's Managing Director, said, "With an in-depth knowledge of the market and a real 'feel' for guitars, LPD will be able to work with the many dealers in the U.S. already enjoying Vintage and Fret-King. With LPD's well-developed dealer network, many more guitarists will soon have the chance to acquire some of the best guitars in the world. We are all looking forward to working with Sonia, Tom and the rest of the LPD team."

Tags: featured, JHS Guitar, John Hornby Skewes & Co. Ltd.

Category: Buzz, Latest, News Feed

### Subscribe

If you enjoyed this article, subscribe to receive more just like it.



EXHIBIT
G

LPD Home Page

Region



Tom and Sonia Va
accepting their
Milestone Award
from NAMM
President, Joe
Lamond.
Read more...

- BRAND NAME LIST
- CONTACT SALES
- DEALER APPLICAT
- JOBS AT LPD
- LPD HISTORY
- LPD HOME
- NAMM SCRAPBOO
- NEWS & INFORMA
- REBATES
- SALES STAFF





The Mariachi Div
with our Darling

Interconnects
Bulk Cables
Pro Audio
Microphones
Sound Mixers
Effects and Processors
Power Amps
Speakers
Headphones
Pro Audio Stands
Accessories
Miscellaneous
Drums - Percussion
Percussion
Drum Sets
Single Drums
Marching Percussion
Electronic and Digital Drums
Practice Pads
Cymbals
Sticks
Drum Heads
Cases
Hardware
Percussion Miscellaneous
Band
Woodwinds
Brass
Melodions, Recorders and Flag
Percussion
Band Accessories
Orchestra
Basses
Cellos
Violin
Viola
Bows
Strings
Cases
Accessories
Accordions
Piano Style
Diatonic Button Style
Melodicas
Accordion Accessories
Harmonicas
Suzuki Harmonicas
Diatonic
Special Tuned Diatonic
Tremolo Tuned
Octave Tuned
Chromatic
Orchestral
Value
Lee Oskar
Accessories
Lighting
MBT Lighting
Altman Lighting
New Products
Lighting Fixtures
Lighting Effects
LED Lighting Bars & Panels
Lighting Par Cans
Lasers, Strobes, And Black Lig
Fog, Haze, Bubble, & Show Ma
Lighting Essentials & Accessor
DMX, Analog and Chase Contr
Recording Gear
Digital and Analog
Recording Misc
Keyboards
Keyboard Accessories
Piano Tuning and Moving
Keyboards Used
Children's Musical
Assorted



Service, Selection and Price -- All Here
details »

**Gretsch**



That Great Gretsch Sound + Jacks Unparalleled Service
details »

**Clarinets**



### Vintage - v62ab: Vintage® V62Series - Ash Blonde Vintage® V62Series

Body: American Alder
Neck: Hard maple – Bolt-on
Fingerboard: Rosewood
Scale: 25.5"/... details »  *Free Shipping*
$439.99



**PH: 989-743-5225**

### Vintage - v2bld: Vintage® V2Series - Blonde Vintage® V2Series

Body: Eastern Poplar
Neck: Hard Maple – Bolt On
Fingerboard: Rosewood (BLD) Maple... details »
*Free Shipping* $358.99



**PH: 989-743-5225**





Instruments and Accessories
details »

**Complete Line of Italia Guitars**



60's Inspired
Modern Technology...

Cool, Cool, Cool
details »



### Vintage - vs6: Vintage® VS6 Series - Cherry Red Vintage® VS6 Series

Body: Mahogany
Neck: Mahogany – Set Neck
Fingerboard: Rosewood
Scale:... details »  *Free Shipping* $399.99



**PH: 989-743-5225**

### Vintage - lvs6: Vintage® VS6 Series – Lefthanded Cherry Red Vintage® VS6 Series

Body: Mahogany
Neck: Mahogany – Set Neck
Fingerboard: Rosewood
... details »  *Free Shipping* $397.99



**PH: 989-743-5225**



### Vintage - vs6b: Vintage® VS6 Series - Gloss Black Vintage® VS6 Series

Body: Mahogany
Neck: Mahogany – Set Neck
Fingerboard: Rosewood
Scale:... details »  *Free Shipping* $391.99



**PH: 989-743-5225**

### Vintage - vs6vw: Vintage® VS6 Series - Vintage White Vintage® VS6 Series

Body: Mahogany
Neck: Mahogany – Set Neck
Fingerboard: Rosewood
Scale:... details »  *Free Shipping* $446.99





EXHIBIT

Guitar – Instruments – Electric–guitar – Vintage at Jacks Music Store – 1–989–743–JACKS (989–743–5225)

1/17/14 2:46 PM

Homer
Latin RhythMix
1st Note
Books and Videos
Fender
Mel Bay Books and Videos
Hal Leonard
Miscellaneous Publishers
Apparel
Miscellaneous
Metronomes
Independent Music
Graham and Stay Awake
BuzzyJuse
Gift Certificates
Special Deals
Closeouts



**Vintage – vs6cg: Vintage® VS6 Series – Cherry Red with Gold Hardware** Vintage® VS6 Series

Body: Mahogany
Neck: Mahogany – Set Neck
… details » *Free Shipping* $442.99

PH: 989-743-5225

PH: 989-743-5225



**Vintage – v100afd: Vintage® V100AFD 'Paradise'Series** Featuring a solid mahogany single cutaway body with a genuine carved maple cap and flame maple veneer… details » *Free Shipping* $591.99

PH: 989-743-5225



**Vintage – v100tsb: Vintage® V100Series – Tobacco Sunburst** Body: Mahogany
Top: Solid Carved Mahogany
Neck: Mahogany – Set Neck
Fingerboard: Rosewood
Scale: 24.75"/… details » *Free Shipping* $480.99

PH: 989-743-5225



**Vintage – lv100tsb: Vintage® V100Series – Tobacco Sunburst – Left Hand** Body: Mahogany
Top: Solid Carved Mahogany
Neck: Mahogany – Set Neck
Fingerboard:… details » *Free Shipping* $480.99



PH: 989-743-5225



**Vintage – v100cs: Vintage® V100Series – Flame Maple Cherry Sunburst** Body: Mahogany
Top: Flame Maple Veneer
Neck: Mahogany – Set Neck
Fingerboard: Rosewood
… details » *Free Shipping* $477.99

PH: 989-743-5225

No Image Available

**Vintage – lv100cs: Vintage® V100Series – Flame Maple Cherry Sunburst – Left Hand** Body: Mahogany
Top: Flame Maple Veneer
Neck: Mahogany – Set… details » *Free Shipping* $467.99



PH: 989-743-5225



No Image

Vintage, Reissued Series Items in Sundae Times store on eBay!

1/17/14 2:42 PM

 Stores

Home > eBay Stores > Sundae Times > Electric Guitar > Vintage

Save this seller | Sign up for Store newsletter



### Sundae Times

Maintained by: sundaetimes ( 459 ☆ )

Sundae Times has new Parker Guitars, Washburn acoustic, Italia, Vintage, Danelectro, Tribute ASAT, Hagstrom. Buy Marshall amps, Jet City by Soldano and Kustom. Effect Pedals by DigiTech, BBE Sound, and Red Witch. Ukulele mandolin and banjo by Oscar Schmidt, Ohana, Morgan Monroe Eddy Finn Crush Drum.

Featured Manufacturer: Washburn Guitars



CLICK FOR MORE WASHBURN GUITARS

Visit my eBay Store: Sundae Times

**PayPal** No Payments + No Interest if paid in full in 6 months on purchases of $99+
Check out with PayPal and choose Bill Me Later® *Subject to credit approval. See terms. US customers only.*

---

**Store search**

[_____] [Search]
☐ in titles & description

**Store categories**

**Store home**

**Electric Guitar (227)**
- BC Rich (5)
- Crestwood (7)
- Danelectro Guitars (10)
- Darling Divas (5)
- Fret King by Trev Wilkinson (16)
- G&L Guitars (19)
- Hagstrom (17)
- Indy Custom Guitars (17)
- Italia Guitars (36)
- Jay Turser (20)
- Parker Guitars (13)
- Tanara (2)
- Vintage (24)
- Washburn Guitars (36)

**Acoustic Guitar (201)**
- Latin Guitars (21)
- 6-String Acoustic Guitars (130)
- 12-String Acoustic Guitars (8)
- Nylon String Classical

---

## On sale!



(SALE) Vintage VS6B SG Style Electric G...
Buy It Now or Best Offer    $357.88
8% Off    ~~$389.00~~
Time left:4d 22h 30m

See all items

## New arrivals!



(SALE) Vintage V6MSSB Reissued Maple Ne...
Buy It Now or Best Offer    $431.48
8% Off    ~~$469.00~~
Time left:26d 10h 46m

See all items

View: All Items | Buy It Now | On Sale

---

**24 results found in Vintage**

View as: List ▾    Sort by: Best Match ▾

| Picture [hide] | Item title | | Price | Time Left |
|---|---|---|---|---|
|  | Vintage V100PGM Lemon Drop LP Style Electric Guitar | Buy It Now or Best Offer | $549.00 Free shipping | 9d 0h 46m |
|  | Vintage V6MMRHDX Summer of Love Monterey Pop Hendrix Strat Electric Guitar | Buy It Now or Best Offer | $649.00 Free shipping | 9d 0h 26m |

Vintage, Reissued Series items in Sundae Times store on eBay!

1/17/14 2:42 PM



- Ukulele (102)
  - Eddy Finn Ukuleles (22)
  - Eleuke (5)
  - Kohala Ukuleles (6)
  - Little Grass Shack Ukuleles (18)
  - Ohana Ukuleles (33)
  - Oscar Schmidt Ukuleles (7)
  - Ukulele Accessories (11)
- World Instruments (14)
- Band and Orchestra (54)
- Digital Piano and Keyboard (10)
- Pro Audio Gear (55)
  - Cables Instrument (7)
  - Cables Speaker (2)
  - Cables Microphone (2)
  - Headphones (2)
  - Microphone Stands (1)
  - Microphones Instrument (6)
  - Microphones Vocal (9)
  - Power Amps (1)
  - Speakers and Monitors (5)
  - Wireless Systems (19)
  - Other Pro Audio (1)
- Sewing & Quilting (3)

*Hide all subcategories*

**Display**

- Gallery view
- View time left

**Store Newsletter!**

Add my Store to your Favorites and receive my email newsletters about new items and special promotions!

☑ General Interest

[ Sign Up ]

| | | | |
|---|---|---|---|
| Vintage VS6B SG Style Electric Guitar Black New | Buy It Now or Best Offer 8% Off | $357.88 ~~$389.00~~ Free shipping | 4d 22h 30m |
| Vintage V6MRBK Icon Boulevard Black Strat Electric Guitar | Buy It Now or Best Offer | $469.00 Free shipping | 10d 20h 17m |
| Vintage VSA535 Cherry Semi-Hollow Body Electric Guitar New | Buy It Now or Best Offer | $619.00 Free shipping | 4d 22h 10m |
| Vintage Distressed Gold Top LP Style Electric Guitar V100MRJBM | Buy It Now or Best Offer | $529.00 Free shipping | 21d 23h 49m |
| Vintage V100HB Honeyburst V100 Reissued Series Electric Guitar New | Buy It Now or Best Offer | $422.10 Free shipping | 2h 56m |
| Vintage VS6CG SG Style Electric Guitar Cherry Red with Gold Hardware | Buy It Now or Best Offer | $439.00 Free shipping | 4d 22h 25m |
| Vintage V6MSSB Reissued Maple Neck Sunburst Strat Style Electric Guitar | Buy It Now or Best Offer 8% Off | $431.48 ~~$469.00~~ Free shipping | 26d 10h 46m |





Body: Eastern Poplar
Neck: Hard Maple – Bolt On
Fingerboard: Rosewood (BLD) Maple (BK)
Scale: 25.5"/ 648mm
Frets: 22
Neck Inlays: Pearloid Dot (BLD) Black Dot (BK)
Tuners: Wilkinson® Deluxe WJ55S
Bridge: Wilkinson® WTB
Pickups: Wilkinson® Single Coil x 2 (N) MWTN (B) MWTB
Hardware: Chrome
Controls: 1 x Volume/ 1 x Tone/ 3-Way Lever



Luke Thomas -- Country Legends

**V2BK**
Black
$399.99
(Contact us at
877-742-2361 to check
on current availability)

**V2BLD**
Blonde
$399.99
(Contact us at
877-742-2361 to check
on current availability)



**Wilkinson® WTB Bridge**
This classic 3-saddle design has been around for over 50 years and
is still regarded as the ultimate 'tone machine'. Staggered brass
saddles offer individual string intonation never before available in a
design of this type, still widely regarded as the 'tone machine'. The
baseplate itself is a faithful reproduction of the original, made from
steel, very important in a bridge of this style due to the tonal effect
has on the magnetic field of the pickup mounted in it.

*The V2 offers the traditional bridge single coil... with bags of bright cutting tone and an upper-end clang that can cut glass, while the*
*utiness of the chromed neck pickup holds its own in the blues-lick field...'*
*lusic Mart*

Back To Top



REISSUED *Series™*

*/intage*®VS6Series





GENUINE
*Wilkinson* PARTS

*..winding the wick down a tad and flicking to the neck pickup*
*ets you a classy throaty blues sound that's creamier than*
*nigote.'*



intage® VS6 Series

Body: Mahogany
Neck: Mahogany – Set Neck
Fingerboard: Rosewood
Scale: 24.75"/628mm
Frets: 22
Neck Inlays: Pearloid Crown
Tuners: Wilkinson® Deluxe WJ44
Bridge: Tune-O-Matic with Stop Bar Tailpiece
Pickups: Wilkinson® Humbucker x 2 (N) MWVC (B) MWVC
Hardware: Chrome (VS6/ VS6B/ LVS6), Gold (VS6VW/ VS6CG)
Controls: 2 x Volume/ 2 x Tone/ 3-Way Toggle
**S6** Cherry Red

**399.99**
Contact us at
877-742-2361 to check
on current availability)

Demo by Gav Coulson



| VS6 | LVS6 | VS6B | VS6VW | VS6CG |
|---|---|---|---|---|
| Cherry Red | Cherry Red Left Hand | Gloss Black | Vintage White | Cherry Red |
| **$399.99** | **$399.99** | **$399.99** | **$439.99** | **$439.99** |
| (Contact us at | (Contact us at | (Contact us at | (Contact us at | (Contact us at |
| 877-742-2361 to check | 877-742-2361 to check | 877-742-2361 to check | 877-742-2361 to check | 877-742-2361 to check |
| on current availability) | on current availability) | on current availability) | on current availability) | on current availability) |

LVS6VW
Left Hand – Vintage White
**$439.99**
(Contact us at
877-742-2361 to check
on current availability)






Like   71 people like this. Sign Up to see what your friends like.

## Vintage®VS6 ICON Series

Body: Mahogany
Neck: Mahogany – Set Neck
Fingerboard: Rosewood
Scale: 24.75"/ 628mm
Frets: 22 Medium Jumbo
Neck Inlays: Pearloid Crown
Tuners: Wilkinson Deluxe WJ44D 3+3
Bridge: Tune-O-Matic with stop bar tailpiece
Pickups: Wilkinson Humbucker x 2 (N) MWVC (B) MWC
Scratchplate: Black 3-ply
Controls: 2 Volume/ 2 Tone/ 3-way toggle
Finish: Cherry Red Distressed

**VS6MRCR** Distressed Cherry Red
**499.99**
Contact us at
877-742-2361 to check
on current availability)



Back To Top







Like  46 people like this. Sign Up to see what your friends like.

## Vintage® VS6MRPCR ICON Series

**Body:** Mahogany
**Neck:** Mahogany – Set Neck
**Fingerboard:** Rosewood
**Scale:** 24.75"/ 628mm
**Frets:** 22
**Neck Inlays:** Pearloid Dot
**Tuners:** Wilkinson Deluxe WJ15 with mini oval buttons
**Bridge:** Tune-O-Matic Wrapover – Distressed
**Pickups:** Wilkinson Humbucker x 2 WS0SKB
**Scratchplate:** Black 3-ply
**Hardware:** Nickel – Distressed
**Controls:** 1 Volume/ 1 Tone
**Finish:** Cherry Red Distressed

**VS6MRPCR** Distressed Cherry Red
**$499.99**
(Contact us at
877-742-2361 to check
on current availability)

**Total Guitar play music**

Distributed locally by:



Uncle Sam's Jamms
1209 Durrett Lane
Louisville, Kentucky  40213
Phone 502-368-4300
or 877-742-2361
E-Mail:  usjamms@insightbb.com
http://www.unclesamselectrojamms.com
http://www.unclesamsamms.com

Product Range from John Hornby Skewes & Co. Ltd.                                    1/17/14 1:20 PM



**V2BK**
Black
£229.00



**V2BLD**
Blonde
£229.00

**Wilkinson® WTB Bridge**
This classic 3-saddle design has been around for
over 50 years and is still regarded as the ultimate
'tone machine'. Staggered brass saddles offer
individual string intonation never before available in a
design of this type, still widely regarded as the 'tone
machine'.

The baseplate itself is a faithful reproduction of the
original, made from steel, very important in a bridge
of this style due to the tonal effect it has on the
magnetic field of the pickup mounted in it.

Like  37 people like this.

*'My V2 has all the twang and bite you would expect from a much more expensive instrument and performs brilliantly night
after night.'* *Luke Thomas – Country Legends*

> **Vintage Guitar Dealers**



Back To Top





**Vintage®VS6Series**



Like  108

*'...winding the wick down a tad and flicking to the neck pickup gets
you a classy throaty blues sound that's creamier than Unigate.'*
*Total Guitar*



**Vintage® VS6 Series**
**Body:** Mahogany
**Neck:** Mahogany – Set Neck
**Fingerboard:** Rosewood
**Scale:** 24.75"/628mm
**Frets:** 22
**Neck Inlays:** Pearloid Crown
**Tuners:** Wilkinson® Deluxe WJ44

Product Range from John Hornby Skewes & Co. Ltd.                              1/17/14 1:20 PM

Tuners: Wilkinson® Deluxe WJ11
**Bridge:** Tune-O-Matic with Stop Bar Tailpiece
**Pickups:** Wilkinson® Double Coil x 2 (N) MWVC (B) MWVC
**Hardware:** Chrome (VS6/ VS6B/ LVS6), Gold (VS6VW/ VS6CG)
**Controls:** 2 x Volume/ 2 x Tone/ 3-Way Toggle

**> Vintage Guitar Dealers**



| **VS6** | **LVS6** | **VS6B** | **VS6VW** | **VS6CG** |
| Cherry Red | Cherry Red Left Hand | Gloss Black | Vintage White | Cherry Red |
| £279.00 | £289.00 | £279.00 | £309.00 | £309.00 |

**LVS6VW**
Left Hand – Vintage White
£309.00

Back To Top

*Vintage* **REISSUED** *Series*™

Vintage®V100Series

Product Range from John Hornby Skewes & Co. Ltd.                                    1/17/14 1:20 PM



*'Wilkinson has put a lot of time and skill into hardware that looks conventional but works that little bit better.'*

*'But the sustain – wow! Even at low volume levels, and with a moderate amount of gain, these beauties sing, and sing... and sing.'*
*Play Music Pickup*

**Benchmarking; Setting the Standard**

On the tremolo-equipped VRS guitars, the exclusive 'wave' knife edge design gives this sleek bridge the smoothest action of any of any fulcrum vibrato available anywhere. With a stamped steel 'heat hardened' top plate, the Wilkinson® vibrato also offers solid stainless steel saddles, push-in tremolo arm and the Wilkinson® 'stagger drilled' block for unrivalled tuning stability.

A truly ultra-modern look with classic values.

The fixed bridge VRS110STS guitar features a tidy and efficient intonated wrap-over bridge/tailpiece combination. This robust style of bridge system has seen a resurgence of popularity in the last few years thanks to its authentic tonal quality, the simplicity and effectiveness of the original 50's design possessing a unique and individual appeal.

The tonal powerhouse of the VRS guitars is the Wilkinson® double coil pickups. Meticulously designed by Trevor, their classically-voiced, meaty double coil tone will capture the heart of even the most sceptical of guitarists. Using straightforward volume and tone controls with a 3-way toggle switch, these versatile guitars move from fruity-toned neck pickup sounds to flat-out bridge pickup excitement – VRS guitars pack tone with punch!

Sumptuous carved tops of striking flame maple with matching headstock facing, radiused edges and neatly scalloped body cutaways add an air of aspiration and sophistication to the VRS series.

Wilkinson Vintage tuners feature the patent pending E-Z-LOK™ string lock system. Neat, quick and easy to use and with no tools necessary, these unique tuners enhance tuning stability.

Back To Top

 **REISSUED** *Series*™



**Vintage®V60Series**



Product Range from John Hornby Skewes & Co. Ltd.

1/17/14 1:20 PM

Like {·:}

**Vintage® V60Series**
**Body:** Eastern Poplar
**Neck:** Maple – Set Neck
**Fingerboard:** Bound Rosewood
**Scale:** 24.75"/ 628mm
**Frets:** 22
**Neck Inlays:** Pearloid Dot
**Tuners:** Wilkinson® Deluxe WJ44
**Bridge:** Tune-O-Matic
**Tailpiece:** V-style, through body stringing
**Pickups:** Wilkinson® Gold Plated Covered Double Coil x 2 WHHBN (N), WHBBC (B)
**Hardware:** Gold Plated
**Scratchplate:** 3-Ply b/w/b/w
**Controls:** 2 x Volume/ 1 x Tone/ 3-Way



V60BK Black
£349.00

V60TA Trans Amber
£349.00

> **Vintage Guitar Dealers**

Back To Top



 **REISSUED** *Series™*



# Vintage®VP6BKSeries



Like { 37 }

**Vintage® VP6BKSeries**
**Body:** Eastern Poplar
**Neck:** Maple – Set In
**Fingerboard:** Rosewood
**Scale:** 24.75"/ 628mm
**Frets:** 22
**Neck Inlays:** Dot - Pearloid
**Tuners:** Wilkinson® Deluxe WJ44
**Bridge:** Tune-O-Matic
**Pickups:** Wilkinson® Double Coil x 2 WHHB (N), WHBB (B)
**Hardware:** Gold
**Scratchplate:** 3-Ply b/w/b/w
**Controls:** 2 x Volume/ 1 x Tone /3-Way



VP6BK Black
£349.00

Wilkinson Vintage Guitars. Extra discounts or free shipping sales.

1/17/14 1:20 PM

## WILKINSON VINTAGE VS6 SERIES

| | | | |
|---|---|---|---|
| VS6 | CHERRY RED | $630.00 | $369.00 | Details |
| VS6B | GLOSS BLACK | $630.00 | $369.00 | Details |
| VS6CG | GOLD HARDWARE - CHERRY | $685.00 | $369.00 | Details |
| VS6VW | VINTAGE WHITE - GOLD HARDWARE | $685.00 | $369.00 | Details |

## WILKINSON VINTAGE VV60 SERIES

| | | | |
|---|---|---|---|
| VV60 | VINTAGE VV 60 GUITAR - TRANSPARENT AMBER | $685.00 | $399.00 | Details |

## WILKINSON VINTAGE ROCK SERIES GUITAR

| | | | |
|---|---|---|---|
| VRS100AW | GLOSS WHITE | $770.00 | $469.00 | Details |
| VRS100C | GLOSS BLACK | $770.00 | $469.00 | Details |
| VRS100TGN | GREEN | $770.00 | $469.00 | Details |
| VRS110C | STOP TAIL PIECE - GLOSS BLACK | $745.00 | $399.00 | Details |
| VP6 | VINTAGE VP6 NATURAL FINISH - 3 SINGLE COIL PICKUPS | $745.00 | $299.00 | Details |

## WILKINSON Metal AXXE Series

| | | | |
|---|---|---|---|
| VR2001BMS | METAL AXXE RAIDER II - BLACK METAL - FLOYD ROSE | $745.00 | $469.00 | Details |
| VR3001BKZ | METAL AXXE REAPER II - GLOSS BLACK - FLOYD ROSE | $830.00 | $469.00 | Details |
| VR3001SWB | METAL AXXE REAPER II - BLACK/WHITE - STOP TAIL. | $830.00 | $469.00 | Details |
| VR4001BK | METAL AXXE RAZER II - MIDNITE BLACK | $745.00 | $399.00 | Details |
| VR4001CMO | METAL AXXE RAZER II - CAMOUFLAGE | $690.00 | $399.00 | Details |
| VW5001BK | METAL AXXE WARP II - MIDNITE BLACK | $770.00 | $399.00 | Details |

http://www.aampselectricguitarstore.com/wilkinson-vintage-guitars/index.html

Wilkinson V-Home Guitars. Extra discounts or free shipping sales.

1/17/14 1:20 PM

| | | | | |
|---|---|---|---|---|
| V100MRCS | DISTRESSED CHERRY SUNBURST | $935.00 | $499.00 | Details |
| V100MRHB | DISTRESSED HONEYBURST | $935.00 | $499.00 | Details |
| V100MRJBM | DISTRESSED GOLD TOP | $1,100.00 | $599.00 | Details |
| V100MRPGM | DISTRESSED LEMON DROP | $1,100.00 | $599.00 | Details |
| V100MRTSB | DISTRESSED TOBACCO SUNBURST | $935.00 | $499.00 | Details |

**WILKINSON VINTAGE VS6 ICON MICK ABRAHAMS SIGNATURE GUITAR**

| | | | | |
|---|---|---|---|---|
| VS6MRMA | MICK ABRAHAMS SIGNATURE GUITAR - DISTRESSED CHERRY RED | $825.00 | $459.00 | Details |

**WILKINSON VINTAGE ICON S6 SERIES**

| | | | | |
|---|---|---|---|---|
| VS6MRPCR | DISTRESSED CHERRY RED | $825.00 | $469.00 | Details |
| VS6MRCR | DISTRESSED CHERRY RED | $840.00 | $399.00 | Details |

**WILKINSON VINTAGE V6 REISSUED SERIES**

| | | | | |
|---|---|---|---|---|
| V6SSB | SUNSET SUNBURST- WHITE PICKGUARD | $615.00 | $299.00 | Details |
| V6BB | BLACK | $615.00 | $299.00 | Details |
| V6JMH | V6 FILLMORE - OLYMPIA WHITE   ADJUSTED BRIDGE-PICKUP | $840.00 | $469.00 | Details |
| V6MFR | FIRENZA RED - MAPLE FRETBOARD | $615.00 | $349.00 | Details |
| V6LB | LAGUNA BLUE | $615.00 | $299.00 | Details |
| V6MSSB | 3 TONE SUNBURST - TORTISE PICKGUARD - MAPLE FRETBOARD | $799.00 | $399.00 | Details |

**WILKINSON VINTAGE V52/V62 REISSUED SERIES**

| | | | | |
|---|---|---|---|---|
| V52BS | VINTAGE V52 GUITAR - BUTTERSCOTCH - BLACK SINGLE PLY PICKGUARD - MAPLE NECK | $610.00 | $349.00 | Details |
| V62AB | VINTAGE V62 GUITAR, ASH BLONDE - WHITE SINGLE PLY PICKGUARD | $610.00 | $349.00 | Details |

Wilkinson Vintage Guitars: Extra discounts or free shipping sales.

1/17/14 1:20 PM

| | | | | |
|---|---|---|---|---|
| VWR1001BRQ | METAL AXXE WRAITH II - BLOOD RED QUILT | $935.00 | $499.00 | Details |
| VWR1001HBF | METAL AXXE WRAITH II - HELMS BLACK FLAME | $935.00 | $499.00 | Details |
| V8BRQ | VINTAGE V8 GUITAR - BLOOD RED QUILT | $770.00 | $399.00 | Details |

WILKINSON Vintage Semi Hollow Body Guitars VSA555/535 SERIES

| | | | | |
|---|---|---|---|---|
| VSA535CR | SEMI HOLLOW BODY GUITAR - DUAL CUTAWAY - CHERRY RED | $1,299.00 | $549.00 | Details |
| VSA535 | SEMI HOLLOW BODY GUITAR - DUAL CUTAWAY - TOBACCO SUNBURST | $1,299.00 | $549.00 | Details |
| VSA555 | SEMI HOLLOW BODY GUITAR - DUAL CUTAWAY - EBONY - GOLD HARDWARE | $1,399.00 | $599.00 | Details |
| VSA535-12 | SEMI HOLLOW BODY GUITAR - 12 STRING - DUAL CUTAWAY - TOBACCO SUNBURST | $1,499.00 | $699.00 | Details |

WILKINSON VINTAGE VSA590/575 SERIES

| | | | | |
|---|---|---|---|---|
| VSA590 | SEMI HOLLOW BODY GUITAR - DUAL CUTAWAY - TRAPEZE TAILPIECE | $1,499.00 | $699.00 | Details |
| VSA575 | SEMI HOLLOW BODY GUITAR - SINGLE CUTAWAY - FLOATING ROSEWOOD BRIDGE | $1,499.00 | $699.00 | Details |

WILKINSON VINTAGE VSA850 SERIES

| | | | | |
|---|---|---|---|---|
| VSA850OR | SEMI HOLLOW BODY GUITAR - SINGLE CUTAWAY - BIGSBY TAILPIECE - ORANGE | $1,699.00 | $999.00 | Details |

SECURED BY RapidSSL
128 bit SSL Security

anta member

facebook
Fans:
201

Copyright © Aamp's Electric Guitar Store 2002  2011
About Aamp's
Contact Us
How to Order
Shipping Costs
Order Status
Track and Trace

Return Policy
Privacy Rights
Price Beater
Site Map
Join our Newsletter

VISA   MasterCard   American Express   DISCOVER   PayPal

Copyrights Aamp's Electric Guitar Store 2002-2013 • Lake Arrowhead, CA 92352 USA • 909-229-8529 • Toll-free 888-733-4306



Vintage Guitar - VV60TAC Wilkinson pickups and hardward.                    http://www.aampselectricguitarstore.com/wilkinson-vintage-gui...

| Search |
| Updated Tuesday, January 21, 2014 • |

Guitars | Basses | Amplifiers | Pickups | Wired Pickguards | Necks | Bodies | Parts | Effects | Audio | Specials | Help | Home

**VINTAGE VV60 TRANSPARENT AMBER**

### VINTAGE GUITAR

Check out that neat gold plated 'V' tailpiece plate below the Tune-o-matic bridge on the front of the fabulous Vintage VV60 not only does it look totally cool, it also acts as a cover plate for this particular guitar's through-body stringing, thus ensuring that the Vintage VV has rock-solid string anchoring for a truly rock-solid tone from the classy complement of dual Wilkinson vintage-voiced humbuckers.

SPECS

Body: Eastern Poplar
Neck: Maple – Set Neck
Fingerboard: Bound Rosewood
Scale: 24.75"/628mm
Frets: 22
Neck Inlays: Pearloid Crown
Tuners: Wilkinson® Deluxe WJ44
Bridge: Tune-O-Matic
Tailpiece: V-style, through-body stringing
Pickups: Wilkinson® Gold Plated Covered Humbucker x 2 (N) WHHBN (B) WHHBB
Hardware: Gold Plated
Scratchplate: 3-Ply white/black/white



VV60TA

| List Price $685.00 | Aamp's Discount Price $359.00 | Add to Cart |

  

Fans:
201



Copyrights Aamp's Electric Guitar Store 2002-2013 • Lake Arrowhead, CA 92352 USA • 909-229-8529 • Toll-free 888-733-4306

1 of 1

1/21/14 8:58 AM

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES

This case has been assigned to District Judge _____Dean D. Pregerson_____ and the assigned Magistrate Judge is _____Suzanne H. Segal_____ .

The case number on all documents filed with the Court should read as follows:

## 2:14-CV-00609-DDP (SSx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge.

Clerk, U. S. District Court

_____January 27, 2014_____           By  MDAVIS
Date                                        Deputy Clerk

## NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

**Subsequent documents must be filed at the following location:**

| | | |
|---|---|---|
| [x] Western Division<br>312 N. Spring Street, G-8<br>Los Angeles, CA 90012 | [ ] Southern Division<br>411 West Fourth St., Ste 1053<br>Santa Ana, CA 92701 | [ ] Eastern Division<br>3470 Twelfth Street, Room 134<br>Riverside, CA 92501 |

**Failure to file at the proper location will result in your documents being returned to you.**

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Gibson Brands, Inc., *A Delaware Corporation*

_____

*Plaintiff(s)*

v.

John Hornby Skewes & Co. Ltd., *A United Kingdom Corporation And Does 1 through 10,*

_____

*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No. CV14-00609-DDP (SSx)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   John Hornby Skewes & Co. Ltd.
Salem House
Parkinson Approach
Garforth, Leeds LS25 2HR
United Kingdom

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Andrea E. Bates
Bates & Bates, LLC
1890 Marietta Boulevard NW
Atlanta, GA 30318

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  JAN 27 2014   _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ ____0.00____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

| | |
|---|---|
| Gibson Brands, Inc., *A Delaware Corporation* ) ) ) ) ) ) ) ) ) ) ) ) | |

Plaintiff(s)

v.

John Hornby Skewes & Co. Ltd., *A United Kingdom Corporation And Does 1 through 10,*

Defendant(s)

Civil Action No. **CV 14 - 00609 - DDP (SSx)**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   John Hornby Skewes & Co. Ltd.
Salem House
Parkinson Approach
Garforth, Leeds LS25 2HR
United Kingdom

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Andrea E. Bates
Bates & Bates, LLC
1890 Marietta Boulevard NW
Atlanta, GA 30318

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

MARILYN DAVIS

Date:   JAN 2 7 2014

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

    ❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

    ❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

    ❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

    ❏ I returned the summons unexecuted because _____ ; or

    ❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.


Date: _____

                                      _____
                                             *Server's signature*

                                      _____
                                          *Printed name and title*


                                      _____
                                          *Server's address*

Additional information regarding attempted service, etc:

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**I. (a) PLAINTIFFS** ( Check box if you are representing yourself ☐ )

GIBSON BRANDS, INC.

**DEFENDANTS** ( Check box if you are representing yourself ☐ )

JOHN HORNBY SKEWES & CO. LTD., a United Kingdom corporation and DOES 1 through 10

**(b) County of Residence of First Listed Plaintiff** _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**County of Residence of First Listed Defendant** _____
*(IN U.S. PLAINTIFF CASES ONLY)*

**(c) Attorneys** *(Firm Name, Address and Telephone Number)* If you are representing yourself, provide the same information.
Andrea E. Bates,
Bates & Bates, LLC
1890 Marietta Boulevard, Atlanta, Georgia 30318
(404) 228-7439

**Attorneys** *(Firm Name, Address and Telephone Number)* If you are representing yourself, provide the same information.

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1. U.S. Government Plaintiff

☐ 2. U.S. Government Defendant

☐ 3. Federal Question (U.S. Government Not a Party)

☒ 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES**-For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1. Original Proceeding
☐ 2. Removed from State Court
☐ 3. Remanded from Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred from Another District (Specify)
☐ 6. Multi-District Litigation

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No   (Check "Yes" only if demanded in complaint.)

**CLASS ACTION under F.R.Cv.P. 23:** ☐ Yes ☒ No   ☒ **MONEY DEMANDED IN COMPLAINT:** $ +$75,000.00

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Trademark Infringement 15 U.S.C. § 1114(1), 15 U.S.C. § 1125(a)(c), 28 U.S.C. § 1332

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | REAL PROPERTY CONT. | IMMIGRATION | PRISONER PETITIONS | PROPERTY RIGHTS |
|---|---|---|---|---|---|
| ☐ 375 False Claims Act | ☐ 110 Insurance | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | **Habeas Corpus:** | ☐ 820 Copyrights |
| ☐ 400 State Reapportionment | ☐ 120 Marine | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | ☐ 463 Alien Detainee | ☐ 830 Patent |
| ☐ 410 Antitrust | ☐ 130 Miller Act | ☐ 290 All Other Real Property | | ☐ 510 Motions to Vacate Sentence | ☒ 840 Trademark |
| ☐ 430 Banks and Banking | ☐ 140 Negotiable Instrument | **TORTS** | **TORTS** | ☐ 530 General | **SOCIAL SECURITY** |
| ☐ 450 Commerce/ICC Rates/Etc. | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | **PERSONAL INJURY** | **PERSONAL PROPERTY** | ☐ 535 Death Penalty | ☐ 861 HIA (1395ff) |
| ☐ 460 Deportation | | ☐ 310 Airplane | ☐ 370 Other Fraud | **Other:** | ☐ 862 Black Lung (923) |
| ☐ 470 Racketeer Influenced & Corrupt Org. | ☐ 151 Medicare Act | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 540 Mandamus/Other | ☐ 863 DIWC/DIWW (405 (g)) |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Vet.) | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 550 Civil Rights | ☐ 864 SSID Title XVI |
| ☐ 490 Cable/Sat TV | | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 555 Prison Condition | ☐ 865 RSI (405 (g)) |
| ☐ 850 Securities/Commodities/Exchange | ☐ 153 Recovery of Overpayment of Vet. Benefits | ☐ 340 Marine | **BANKRUPTCY** | ☐ 560 Civil Detainee Conditions of Confinement | **FEDERAL TAX SUITS** |
| ☐ 890 Other Statutory Actions | ☐ 160 Stockholders' Suits | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | **FORFEITURE/PENALTY** | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 891 Agricultural Acts | ☐ 190 Other Contract | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 893 Environmental Matters | ☐ 195 Contract Product Liability | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 690 Other | |
| ☐ 895 Freedom of Info. Act | ☐ 196 Franchise | ☐ 360 Other Personal Injury | ☐ 440 Other Civil Rights | **LABOR** | |
| ☐ 896 Arbitration | **REAL PROPERTY** | ☐ 362 Personal Injury-Med Malpractice | ☐ 441 Voting | ☐ 710 Fair Labor Standards Act | |
| ☐ 899 Admin. Procedures Act/Review of Appeal of Agency Decision | ☐ 210 Land Condemnation | ☐ 365 Personal Injury-Product Liability | ☐ 442 Employment | ☐ 720 Labor/Mgmt. Relations | |
| | ☐ 220 Foreclosure | ☐ 367 Health Care/Pharmaceutical Personal Injury Product Liability | ☐ 443 Housing/Accomodations | ☐ 740 Railway Labor Act | |
| ☐ 950 Constitutionality of State Statutes | ☐ 230 Rent Lease & Ejectment | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities-Employment | ☐ 751 Family and Medical Leave Act | |
| | | | ☐ 446 American with Disabilities-Other | ☐ 790 Other Labor Litigation | |
| | | | ☐ 448 Education | ☐ 791 Employee Ret. Inc. Security Act | |

**FOR OFFICE USE ONLY:**   Case Number: **CV14-00609**

CV-71 (11/13)                                   CIVIL COVER SHEET                                   Page 1 of 3

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

**VIII.  VENUE:** Your answers to the questions below will determine the division of the Court to which this case will most likely be initially assigned. This initial assignment is subject to change, in accordance with the Court's General Orders, upon review by the Court of your Complaint or Notice of Removal.

| Question A:  Was this case removed from state court? | STATE CASE WAS PENDING IN THE COUNTY OF: | INITIAL DIVISION IN CACD IS: |
|---|---|---|
| [ ] Yes  [X] No | [ ] Los Angeles | Western |
| If "no," go to Question B. If "yes," check the box to the right that applies, enter the corresponding division in response to Question D, below, and skip to Section IX. | [ ] Ventura, Santa Barbara, or San Luis Obispo | Western |
| | [ ] Orange | Southern |
| | [ ] Riverside or San Bernardino | Eastern |

| Question B:  Is the United States, or one of its agencies or employees, a party to this action? | If the United States, or one of its agencies or employees, is a party, is it: | | INITIAL DIVISION IN CACD IS: |
|---|---|---|---|
| | A PLAINTIFF?  Then check the box below for the county in which the majority of DEFENDANTS reside. | A DEFENDANT?  Then check the box below for the county in which the majority of PLAINTIFFS reside. | |
| [ ] Yes  [X] No | [ ] Los Angeles | [ ] Los Angeles | Western |
| If "no," go to Question C. If "yes," check the box to the right that applies, enter the corresponding division in response to Question D, below, and skip to Section IX. | [ ] Ventura, Santa Barbara, or San Luis Obispo | [ ] Ventura, Santa Barbara, or San Luis Obispo | Western |
| | [ ] Orange | [ ] Orange | Southern |
| | [ ] Riverside or San Bernardino | [ ] Riverside or San Bernardino | Eastern |
| | [ ] Other | [ ] Other | Western |

| Question C: Location of plaintiffs, defendants, and claims? (Make only one selection per row) | A. Los Angeles County | B. Ventura, Santa Barbara, or San Luis Obispo Counties | C. Orange County | D. Riverside or San Bernardino Counties | E. Outside the Central District of California | F. Other |
|---|---|---|---|---|---|---|
| Indicate the location in which a majority of plaintiffs reside: | [ ] | [ ] | [ ] | [ ] | [ ] | [X] |
| Indicate the location in which a majority of defendants reside: | [ ] | [ ] | [ ] | [ ] | [ ] | [X] |
| Indicate the location in which a majority of claims arose: | [X] | [ ] | [ ] | [ ] | [ ] | [ ] |

**C.1.  Is either of the following true?**  If so, check the one that applies:

[ ] 2 or more answers in Column C

[ ] only 1 answer in Column C and no answers in Column D

Your case will initially be assigned to the
SOUTHERN DIVISION.
Enter "Southern" in response to Question D, below.

If none applies, answer question C2 to the right.  ➡

**C.2.  Is either of the following true?**  If so, check the one that applies:

[ ] 2 or more answers in Column D

[ ] only 1 answer in Column D and no answers in Column C

Your case will initially be assigned to the
EASTERN DIVISION.
Enter "Eastern" in response to Question D,  below.

If none applies, go to the box below.  ⬇

Your case will initially be assigned to the
WESTERN DIVISION.
Enter "Western" in response to Question D below.

| Question D: Initial Division? | INITIAL DIVISION IN CACD |
|---|---|
| Enter the initial division determined by Question A, B, or C above:  ➡ | Western Division |

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

**IX(a).  IDENTICAL CASES:** Has this action been previously filed **in this court** and dismissed, remanded or closed?     ☒ NO     ☐ YES

If yes, list case number(s): _____

**IX(b). RELATED CASES:** Have any cases been previously filed **in this court** that are related to the present case?     ☒ NO     ☐ YES

If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:

(Check all boxes that apply)    ☐ A. Arise from the same or closely related transactions, happenings, or events; or

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or

☐ D. Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**X.  SIGNATURE OF ATTORNEY
(OR SELF-REPRESENTED LITIGANT):**      DATE: January 23, 2014

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet).

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |