John K. Buche (Bar No. 239477)
BUCHE AND ASSOCIATES, P.C.
2029 Century Park East, Suite 400N
Los Angeles, California 90067
(310) 459-9120
(858) 459–9120 fax
jbuche@buchelaw.com

Ronald S. Bienstock (*Pro Hac Vice*)
Brent M. Davis (*Pro Hac Vice*)
BIENSTOCK & MICHAEL, LLC
Continental Plaza
411 Hackensack, NJ 07601
(201) 525–0300
(201) 525–0133 fax
rbienstock@musicesq.com
bdavis@musicesq.com

Attorneys for Defendant
JOHN HORNBY SKEWES & CO. LTD.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| GIBSON BRANDS, INC.., a Delaware corporation,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>JOHN HORNBY SKEWES & CO. LTD., a United Kingdom Corporation; and DOES 1 through 10,<br><br>　　　　　　Defendants. | Case No.  CV 2:14-00609-DDP-SS<br><br>Honorable Suzanne H. Segal<br><br>**NOTICE OF DEFENDANT JOHN HORNBY SKEWES & CO. LTD.'S MOTION TO EXTEND DURATION OF DEPOSITION**<br><br>Hearing Date: February 9, 2016<br>Time:  10:00 AM<br>Courtroom 23<br><br>Complaint filed:<br>March 15, 2013 |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, on February 9, 2016, at 10:00 A.M., or as soon thereafter as counsel may be heard in the courtroom of the Honorable Suzanne H. Segal, United States Magistrate Judge, Central District of California, located at the United States Courthouse, 312 North Spring Street, Courtroom 23, Los Angeles, California 90012-4701, Defendant John Hornby Skewes & Co. ("JHS") will and hereby does move for an Order extending the duration of the Deposition of Plaintiff Gibson Brands, Inc. ("Gibson") pursuant to Fed. R. Civ. P. 30(b)(6).

  This Motion is based on this Notice of Motion; the Joint Stipulation pursuant to L.R. 37-2; accompanying exhibits; the Court file; any reply the parties may make; and any further argument as may be presented to the Court prior to or at the hearing on this motion, or subsequent thereto as permitted by the Court.

Dated: January 15, 2016   BUCHE AND ASSOCIATES, P.C.
            By: */s/ John K. Buche*
              John K. Buche (Bar No. 239477)

            BIENSTOCK & MICHAEL, LLC

            Ronald S. Bienstock (*Pro Hac Vice*)
            Brent M. Davis (*Pro Hac Vice*)

            Attorneys for Defendant
            JOHN HORNBY SKEWES & CO. LTD.