O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

GIBSON BRANDS, INC., a           )   Case No. CV 14-00609 DDP (SSx)
Delaware corporation,            )
                                 )   [DOCKET NUMBER 143]
                Plaintiff,       )
                                 )
       v.                        )       ORDER
                                 )
JOHN HORNBY SKEWES & CO.         )
LTD.,                            )
                                 )
                Defendants.      )
                                 )
                                 )
_____ )

     The Motion for Reconsideration is denied.

     The moving party does correctly note, however, that

"subjective bad faith" is not required for the imposition of

sanctions. See Fink v. Gomez, 239 F.3d 989, 993-994 (9th Cir.

2001). To the extent that the court's prior Order implies a

reliance on the absence of subjective bad faith, the court has

reexamined the parties' evidence and arguments and now clarifies

that the Motion for Sanctions is denied because JHS's conduct did

not rise to the level of "bad faith or conduct tantamount to bad

1  faith." Id. at 994. Additionally, the motion for reconsideration

2  is denied because the moving party failed to comply with Local Rule

3  7-3.

4

5

6  IT IS SO ORDERED.

7

8  Dated: August 22, 2016

9                                          DEAN D. PREGERSON
                                           United States District Judge
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28