O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIBSON BRANDS, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br> v.<br><br>JOHN HORNBY SKEWES & CO. LTD.,<br><br>    Defendants. | Case No. CV 14-00609 DDP (SSx)<br><br>[DOCKET NUMBER 143]<br><br><br>ORDER |

  The Motion for Reconsideration is denied.

  The moving party does correctly note, however, that "subjective bad faith" is not required for the imposition of sanctions. See Fink v. Gomez, 239 F.3d 989, 993-994 (9th Cir. 2001). To the extent that the court's prior Order implies a reliance on the absence of subjective bad faith, the court has reexamined the parties' evidence and arguments and now clarifies that the Motion for Sanctions is denied because JHS's conduct did not rise to the level of "bad faith or conduct tantamount to bad

faith." <u>Id.</u> at 994. Additionally, the motion for reconsideration is denied because the moving party failed to comply with Local Rule 7-3.

IT IS SO ORDERED.

Dated: August 22, 2016

                                             _____
                                             DEAN D. PREGERSON
                                             United States District Judge