ANDREA E. BATES, ESQ. SBN 192491
Abates@Bates-Bates.com
KURT W. SCHUETTINGER, ESQ. SBN 295879
Kschuettinger@Bates-Bates.com
BATES & BATES, LLC
1890 Marietta Blvd
Atlanta, Georgia 30318
Phone (404) 228-7439
Fax     (404) 963-6231

Attorneys for
Plaintiff GIBSON BRANDS, INC.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIBSON BRANDS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN HORNBY SKEWES & CO. LTD., a United Kingdom corporation and DOES 1 through 10,<br><br>Defendants. | Case No. CV 2:14-00609-DDP-SS<br><br>Hon. Dean D. Pregerson<br><br>**GIBSON BRANDS, INC.'S [PROPOSED] JOINT STATEMENT OF THE CASE**<br><br>Complaint filed: January 27, 2014<br><br>Pretrial Conf.: February 13, 2017<br><br>Trial: February 28, 2017 |

JOINT STATEMENT OF THE CASE

This is a trademark infringement case involving the designs of the body and headstock shapes of electric guitars.  The plaintiff in this case is Gibson Brands, Inc., a Delaware corporation.  It will be referred to as Gibson.  The defendant in this case is John Hornby Skewes & Co. Ltd., a United Kingdom corporation.  It will be referred to as JHS.

Gibson and JHS are competitors in the electric guitar market.  Gibson has accused JHS of trademark infringement, unfair competition, trade dress infringement, false advertising, and trademark dilution.  The claims arise from JHS' alleged use of substantially similar designs on its electric guitar line.  Gibson contends the use of the designs by JHS will likely confuse consumers as to the source of the JHS guitars.  As a result, Gibson contends it has lost sales to JHS and the goodwill of Gibson's guitars has been diminished.

JHS, on the other hand, contends that Gibson does not have valid trademark rights in the guitar designs.  In addition, JHS claims the guitar designs at issue cannot function as identifying Gibson as the source of the instruments and requests cancelation of the six Gibson trademark registrations.  In the alternative, JHS claims that Gibson has waived its trademark rights in the SG Body Design® and should be estopped from enforcing any trademark rights in the SG Body Design®.

Your job will be to decide whether JHS is liable for infringing Gibson's trademarks.  Prior to your deliberations, you will receive further instructions regarding the above claims and defenses

Respectfully submitted, this 3rd day of March 2017.

BATES & BATES, LLC

By: /s/Andrea E Bates
ANDREA E. BATES
California Bar No. 192491
KURT W. SCHUETTINGER
California Bar No. 295879
1890 Marietta Boulevard
Atlanta, Georgia 30318
(404) 228-7439

Attorneys for PLAINTIFF
GIBSON BRANDS, INC.

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the Joint Statement of Case was furnished through the Court's CM/ECF System, Addressed to:

Brent M. Davis
Ronald S. Bienstock
Scarinci & Hollenbeck
1100 Valley Brook Ave
Lyndhurst, NJ 07071
bdavis@sh-law.com
rbienstock@sh-law.com

Respectfully submitted, this 3rd of March, 2017.

BATES & BATES, LLC

 /s/ Andrea E. Bates
ANDREA E. BATES