# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | | | |
|---|---|---|---|
| Case No. | CV14-00609 DDP | Date | March 7, 2017 |
| Title: | Gibson Brands Inc. V. John Hornby Skewes & Co. Ltd et al | | |

Present: The Honorable  **DEAN D. PREGERSON**

| Patricia Gomez | Maria Bustillos |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Andrea E Bates | Brent Davis |
| Jonathan E Bates | Shane I Birnbaum |
| Kurt Walker Schuettinger | Ronald S Bienstock |

_____ Day Court Trial    **1st** Day Jury Trial

_____ One day trial:   _____ Begun (1st day);   _____ Held & Continued;   _____ Completed by jury verdict/submitted to court.

**X** The Jury is impaneled and sworn.

**X** Opening statements made by _____

**X** Witnesses called, sworn and testified.   **X** Exhibits Identified   **X** Exhibits admitted.

_____ Plaintiff(s) rest.   _____ Defendant(s) rest.

_____ Closing arguments made by   _____ plaintiff(s)   _____ defendant(s).   _____ Court instructs jury.

_____ Bailiff(s) sworn.   _____ Jury retires to deliberate.   _____ Jury resumes deliberations.

_____ Jury Verdict in favor of   _____ plaintiff(s)   _____ defendant(s) is read and filed.

_____ Jury polled.   _____ Polling waived.

_____ Filed Witness & Exhibit Lists   _____ Filed jury notes.   _____ Filed jury instructions.

_____ Judgment by Court for _____   _____ plaintiff(s)   _____ defendant(s).

_____ Findings, Conclusions of Law & Judgment to be prepared by   _____ plaintiff(s)   _____ defendant(s).

_____ Case submitted.   _____ Briefs to be filed by _____

_____ Motion to dismiss by _____ is   _____ granted.   _____ denied.   _____ submitted.

_____ Motion for mistrial by _____ is   _____ granted.   _____ denied.   _____ submitted.

_____ Motion for Judgment/Directed Verdict by _____ is   _____ granted.   _____ denied.   _____ submitted.

_____ Settlement reached and placed on the record.

_____ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.

_____ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.

_____ Trial subpoenaed documents returned to subpoenaing party.

**X** Case continued to   March 8, 2017 at 9:00 a.m.   for further trial/further jury deliberation.

                                                                                    5  :  05

Initials of Deputy Clerk   pg

cc: