ANDREA E. BATES, ESQ. SBN 192491
Abates@Bates-Bates.com
KURT W. SCHUETTINGER, ESQ. SBN 295879
Kschuettinger@Bates-Bates.com
BATES & BATES, LLC
1890 Marietta Blvd
Atlanta, Georgia 30318
Phone (404) 228-7439
Fax    (404) 963-6231

Attorneys for
Plaintiff GIBSON BRANDS, INC.

JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIBSON BRANDS, INC., a Delaware corporation,<br><br>   Plaintiff,<br><br>vs.<br><br>JOHN HORNBY SKEWES & CO. LTD., a United Kingdom corporation and DOES 1 through 10,<br><br>   Defendants. | Case No. CV 2:14-00609-DDP-SS<br><br>**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |

After considering the Joint Stipulation for Dismissal with Prejudice and good cause appearing therefor,

IT IS HEREBY ORDERED that the Stipulation is GRANTED. The entire action, including all claims and counterclaims stated herein against all parties, is hereby dismissed with prejudice with each party to bear its own attorney's fees and costs.

**IT IS SO ORDERED.**

Dated: March 21, 2017

_____
Hon. Dean D. Pregerson