AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court  **Central District California**  on the following

☑ Trademarks or   ☐ Patents.   ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>CV14-00609 | DATE FILED<br>1/23/2014 | U.S. DISTRICT COURT<br>Central District California |
|---|---|---|
| PLAINTIFF<br>Gibson Brands, Inc. | | DEFENDANT<br>John Hornby Skewes & Co. Ltd., a United Kingdom corporation and DOES 1 through 10 |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 SEE ATTACHED | | SEE ATTACHED PAGE |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

FILED
CLERK, U.S. DISTRICT COURT
JAN 27 2014
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |
|---|---|

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| Order Granting Joint Stipulation |

| CLERK<br>Kiry K. Gray | (BY) DEPUTY CLERK<br>Lori Muraoka | DATE<br>3/21/17 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director   Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director   Copy 4—Case file copy

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1. 2,215,791 | 1/5/1999 | Gibson Brands, Inc. |
| 2. 2,053,805 | 4/27/1997 | Gibson Brands, Inc. |
| 3. 2,007,277 | 10/8/1999 | Gibson Brands, Inc. |
| 4. 2,051,790 | 11/3/1989 | Gibson Brands, Inc. |
| 5. 3,976,202 | 6/7/2011 | Gibson Brands, Inc. |
| 6. 1,567,052 | 11/3/1989 | Gibson Brands, Inc. |