1  ANDREA E. BATES, ESQ. SBN 192491
   Abates@Bates-Bates.com
2  KURT W. SCHUETTINGER, ESQ. SBN 295879
3  Kschuettinger@Bates-Bates.com
   BATES & BATES, LLC
4  1890 Marietta Blvd
5  Atlanta, Georgia 30318
   Phone (404) 228-7439
6  Fax     (404) 963-6231
7
8  Attorneys for
   Plaintiff GIBSON BRANDS, INC.

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIBSON BRANDS, INC., a Delaware corporation, | Case No. CV 2:14-00609-DDP-SS |
| Plaintiff, | |
| vs. | **ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| JOHN HORNBY SKEWES & CO. LTD., a United Kingdom corporation and DOES 1 through 10, | |
| Defendants. | |

After considering the Joint Stipulation for Dismissal with Prejudice and good cause appearing therefor,

IT IS HEREBY ORDERED that the Stipulation is GRANTED. The entire action, including all claims and counterclaims stated herein against all parties, is hereby dismissed with prejudice with each party to bear its own attorney's fees and costs.

**IT IS SO ORDERED.**

Dated: March 21, 2017

_____
Hon. Dean D. Pregerson