ANDREA E. BATES, ESQ. SBN 192491
Abates@Bates-Bates.com
KURT W. SCHUETTINGER, ESQ. SBN 295879
Kschuettinger@Bates-Bates.com
BATES & BATES, LLC
1890 Marietta Blvd
Atlanta, Georgia 30318
Phone (404) 228-7439
Fax     (404) 963-6231

Attorneys for
Plaintiff GIBSON BRANDS, INC.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIBSON BRANDS, INC., a Delaware corporation,<br><br>                    Plaintiff,<br><br>vs.<br><br>JOHN HORNBY SKEWES & CO. LTD., a United Kingdom corporation and DOES 1 through 10,<br><br>                    Defendants. | Case No. CV 2:14-00609-DDP-SS<br><br>Hon. Dean D. Pregerson<br>Magistrate Judge Suzanne H. Segal<br><br>**REQUEST TO RELEASE SEALED TRASCRIPT TO PLAINTIFF**<br><br>Complaint filed:<br>January 27, 2014 |

**REQUEST TO RELEASE SEALED TRASCRIPT TO PLAINTIFF**

   Plaintiff Gibson Brands, Inc. ("Gibson") hereby files its Request to Release Sealed Transcript to Plaintiff, respectfully showing the Court as follows:

On March 10, 2017, this Court entered Minutes of Settlement Conference held before Judge Dean D. Pregerson, on the docket for the above-mentioned case. The details of this settlement conference were sealed.

Since March 10, 2017, Gibson has contacted the Court Reporter Maria Bustillos several times to obtain the transcript. On October 3, 2019, Plaintiff contacted the Court Reporter Maria Bustillos regarding the outstanding request for Transcript Order, at which time Ms. Bustillos instructed Gibson that a Court Order was required to proceed with such request. Thus, Plaintiff Gibson Brands, Inc. requests that the Court order to release the confidential transcript to Gibson, so that Gibson may have a copy of the settlement agreement for its records.

Respectfully submitted, this 3rd day of October 2019.

        BATES & BATES, LLC

        By: /s/Andrea E Bates
        ANDREA E. BATES
        California Bar No. 192491
        KURT W. SCHUETTINGER
        California Bar No. 295879
        1890 Marietta Boulevard
        Atlanta, Georgia 30318
        (404) 228-7439

        Attorneys for PLAINTIFF
        GIBSON BRANDS, INC.

<u>CERTIFICATE OF SERVICE</u>

I certify that a true and correct copy of the forgoing document was served on all counsel of record via the Court's CM/ECF electronic filing system on October 3, 2019.

<u>/s/Andrea E Bates</u>
Andrea E. Bates
