1  ANDREA E. BATES, ESQ. SBN 192491
   Abates@Bates-Bates.com
2  KURT W. SCHUETTINGER, ESQ. SBN 295879
3  Kschuettinger@Bates-Bates.com
   BATES & BATES, LLC
4  1890 Marietta Blvd
5  Atlanta, Georgia 30318
   Phone (404) 228-7439
6  Fax     (404) 963-6231
7
   Attorneys for
8  Plaintiff GIBSON BRANDS, INC.

9
10                     UNITED STATES DISTRICT COURT
                       CENTRAL DISTRICT OF CALIFORNIA
11  GIBSON BRANDS, INC., a Delaware    ) Case No. CV 2:14-00609-DDP-SS
12  corporation,                       )
                                       ) Hon. Dean D. Pregerson
13                  Plaintiff,         )
                                       ) **[PROPOSED] ORDER GRANTING**
14  vs.                                ) **PLAINTIFF GIBSON BRANDS,**
15                                     ) **INC.'S REQUEST TO RELEASE**
    JOHN HORNBY SKEWES & CO.           ) **SEALED TRASCRIPT TO**
16  LTD., a United Kingdom corporation and ) **PLAINTIFF**
17  DOES 1 through 10,                 )
                                       ) Complaint filed:
18                  Defendants.        ) January 27, 2014
19                                     )
20                                     )
                                       )
21                                     )
22                                     )
                                       )
23                                     )
24                                     )
25
26
27
28

[PROPOSED] ORDER
1

Plaintiff Gibson Brands, Inc. ("Gibson") having requested this Court to release the sealed transcript for the March 10, 2017 Settlement Conference to Gibson, and for good cause shown,

IT IS HEREBY ORDERED that Gibson's Request to release sealed Transcript to Gibson is GRANTED.

**IT IS SO ORDERED.**

Dated:_____       _____
                                  Hon. Dean D. Pregerson