1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

GIBSON BRANDS, INC., a Delaware       ) Case No. CV 2:14-00609-DDP-SS
corporation,                          )
                                      )
                Plaintiff,            ) Hon. Dean D. Pregerson
                                      )
                                      ) **ORDER GRANTING PLAINTIFF**
vs.                                   ) **GIBSON BRANDS, INC.'S**
                                      ) **REQUEST TO RELEASE SEALED**
JOHN HORNBY SKEWES & CO.              ) **TRASCRIPT TO PLAINTIFF**
LTD., a United Kingdom corporation and )
DOES 1 through 10,                    )
                                      )
                Defendants.           )
                                      )
                                      )
                                      )
                                      )
                                      )
                                      )
                                      )
                                      )
                                      )

ORDER

1

2

3

4
Plaintiff Gibson Brands, Inc. ("Gibson") having requested this Court to release the

sealed transcript for the March 10, 2017 Settlement Hearing to Gibson, and for good cause

shown,

5

6
IT IS HEREBY ORDERED that Gibson's Request to release sealed Transcript to

Gibson is GRANTED.

7

8

9
**IT IS SO ORDERED.**

10

11
Dated:__11-5-2019_____

_____

Hon. Dean D. Pregerson

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28